IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HANCOCK BANK, a Mississippi banking corporation,**

    Plaintiff,

vs.                                    CASE NO. 5:11-cv-94 /RS-CJK

**BOYD BROTHERS, INC., a Florida corporation, et al.,**

    Defendants,

_____/

## ORDER

Before me is the Withdrawal of Jury Trial Demand (Doc. 56).

**IT IS ORDERED**:

1. The consolidated cases will be tried by the Court without a jury.

2. Plaintiff's Motion to Strike Jury Demand (Doc. 26) is denied as moot.

3. The hearing scheduled for August 16, 2011 is cancelled.

**ORDERED** on August 15, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**